```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10666
   UYLONDA G HENDERSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0219

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC  12880.00              915.30         1972.24
AMERITECH                  UNSECURED      NOT FILED              .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         857.27              .00             .00
COMCAST                    UNSECURED      NOT FILED              .00             .00
COMMONWEALTH EDISON        UNSECURED        2580.27              .00             .00
CREDIT MANAGEMENT INC      UNSECURED      NOT FILED              .00             .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
FRIEDMAN & WEXLER          UNSECURED      NOT FILED              .00             .00
HARRIS                     UNSECURED      NOT FILED              .00             .00
HARRIS                     UNSECURED      NOT FILED              .00             .00
HARRIS                     UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED              .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00             .00
MRSI                       UNSECURED      NOT FILED              .00             .00
MRSI                       UNSECURED      NOT FILED              .00             .00
MRSI                       UNSECURED      NOT FILED              .00             .00
MRSI                       UNSECURED      NOT FILED              .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10666 UYLONDA G HENDERSON
```

```
NCO FIN/55                 UNSECURED        NOT FILED              .00              .00
NCO-MEDCLR                 UNSECURED        NOT FILED              .00              .00
NCO-MEDCLR                 UNSECURED        NOT FILED              .00              .00
PREMIUM ASSET RECOVERY C   UNSECURED        NOT FILED              .00              .00
PRO COM SERVICES           UNSECURED        NOT FILED              .00              .00
RMI/MCSI                   UNSECURED        NOT FILED              .00              .00
RMI/MCSI                   UNSECURED        NOT FILED              .00              .00
SURETY FINANCIAL SERVICE   UNSECURED        NOT FILED              .00              .00
US CELLULAR                UNSECURED        NOT FILED              .00              .00
WOW INTERNET CABLE         UNSECURED        NOT FILED              .00              .00
NOREEN MCLAUGHLIN          NOTICE ONLY      NOT FILED              .00              .00
DRIVE FINANCIAL SERVICES   NOTICE ONLY      NOT FILED              .00              .00
CITY OF CHICAGO            UNSECURED         7100.00               .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY           165.26               .00              .00
DRIVE FINANCIAL SERVICES   UNSECURED          712.60               .00              .00
RMI/MCSI                   UNSECURED          750.00               .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      214.00               .00           214.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                              46.00
TOM VAUGHN                 TRUSTEE                                               238.32
DEBTOR REFUND              REFUND                                                   .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       3,385.86

PRIORITY                                                 214.00
SECURED                                                1,972.24
    INTEREST                                             915.30
UNSECURED                                                    .00
ADMINISTRATIVE                                            46.00
TRUSTEE COMPENSATION                                     238.32
DEBTOR REFUND                                                .00
                             ---------------         ---------------
TOTALS                        3,385.86                 3,385.86

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 07 B 10666 UYLONDA G HENDERSON